**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1904**

In Re:  WILLIAM ALFRED PRESCOD, JR.,

Petitioner.

On Petition for Writ of Mandamus.
(5:09-cr-000029-RLV-1)

Submitted:  December 16, 2010          Decided:  December 22, 2010

Before GREGORY, DUNCAN, and DAVIS, Circuit Judges.

Petition denied by unpublished per curiam opinion.

William Alfred Prescod, Jr., Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Alfred Prescod, Jr., petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his pending motions. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court denied Prescod's motions on October 18, 2010. Accordingly, because the district court has recently decided Prescod's case, we deny the mandamus petition as moot. We also deny Prescod's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2